1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

JHONATHAN A. FRYE,

12

Plaintiff,

13

v.

14

ANGELA GREDLER, et al.,

15

Defendants.

16

Case No.: 1:23-cv-00386-JLT-SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE

(Doc. 10)

17

Jhonathan A. Frye seeks to hold defendants liable for violations of his civil rights pursuant

18

to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28

19

U.S.C. § 636(b)(1)(B) and Local Rule 302.

20

On October 11, 2023, the assigned magistrate judge issued findings and recommendations

21

to dismiss this action for Plaintiff's failure to obey court orders and failure to prosecute. (Doc.

22

10.) Specifically, the assigned magistrate judge found Plaintiff failed to file an amended

23

complaint or a notice of voluntary dismissal following screening. (*Id*. at 2-4.) The magistrate

24

judge provided Plaintiff 14 days within which to file any objections to the findings and

25

recommendations.  (*Id.* at 4.) Plaintiff was also advised that the "failure to file objections within

26

the specified time may result in waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772

27

F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) No

28

objections have been filed, and the time to do so has expired.

1    Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.

2    Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to

3    be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

4    1.  The Findings and Recommendations issued on October 11, 2023 (Doc. 10) are

5        **ADOPTED** in full.

6    2.  This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court

7        orders and failure to prosecute.

8    3.  The Clerk of the Court is directed to close this case.

9

10   IT IS SO ORDERED.

11   Dated:   **October 30, 2023**

     UNITED STATES DISTRICT JUDGE

2